1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13
14
15
16

MICHAEL A. BURNHART

Plaintiff,

v.

SANDRA WAZINSKI *et al.*,

Defendant

Case No. C07-5425RJB

ORDER

17   This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge

18  pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR

19  3, and MJR 4.  Before the court is plaintiff's motion asking the defendants be made to appear or file a

20  notice of appearance (Dkt # 8).  Defendant's counsel has appeared and an answer has been filed (Dkt

21  # 17 and 18).  Plaintiff's motion is therefore **DENIED.**

22   The Clerk is directed to send a copy of this Order to plaintiff and remove the motion, (Dkt. #

23  8), from the court's calendar.

24   DATED this 8 day of November 2007.

25
26
27

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

28  ORDER