UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. BURNHART

    Plaintiff,

  v.

ROBERT MASKO,

    Defendant

Case No. C07-5425RJB/JKA

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR A CONTINUANCE

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion asking for an extension of time to respond to defendant's motion for summary judgment (Dkt # 32). In his motion plaintiff cites to Fed. R. Civ. P. 56 (f)(2) as grounds for granting an extension.   This portion of rule 56 states:

> (f) When Affidavits Are Unavailable. If a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:
>
>     (1) deny the motion;
>
>     (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or

ORDER

1           (3) issue any other just order.

2     Plaintiff states he is not able to obtain affidavits, and that he needs discovery.  Plaintiff does not indicate why he did not obtain affidavits during the month while the motion for summary judgment was pending(Dkt. # 32).  Plaintiff does not show he has taken any steps to obtain affidavits.  Further, discovery in this action has been closed since March 14, 2008 (Dkt. # 23).  Plaintiff provides no specific information why he could not respond to the motion for summary judgment in a timely manner.  Plaintiff has not shown good cause for any extension of time.

    Because plaintiff's motion was made prior to his response being due, plaintiff will be given until **May 30, 2008**, to file his response. Defendants will be given until **June 6, 2008**, to file a reply and defendants motion for summary judgment, (Dkt # 28), is re-noted on the courts own motion for **June 6, 2008.**

    The Clerk is directed to send a copy of this Order to plaintiff and counsel, remove Docket # 32 from the court's calendar and re-note Docket. # 28 for June 6, 2008.

                     DATED this 22 day of May 2008.


                                    */S/ J. Kelley Arnold*
                                   J. Kelley Arnold
                                   United States Magistrate Judge

ORDER